## UNITED STATES BANKRUPTCY COURT
## FOR THE
## WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **Phillip Bishop** | ) | Case No. 07-10710 |
| | ) | |
|    **Debtor** | ) | |
| | ) | |
| **Phillip Bishop** | ) | Adv. No. 07- |
| | ) | |
|    **Plaintiff** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **General Motors Corporation** | ) | |
| | ) | |
|    **Defendant** | ) | |

## COMPLAINT

Plaintiff alleges:

### I. Parties and Jurisdiction

(1) This adversary proceeding is brought under 11 U.S.C. § 362, 11 U.S.C. § 727 and 11 U.S.C. § 524.

(2) Plaintiff, Phillip Bishop, is the debtor in the above styled case and otherwise is entitled to bring this action.

(3) The debtor/Plaintiff Phillip Bishop filed a chapter 7 bankruptcy petition on June 22, 2007.

(4) This Court has jurisdiction under 28 U.S.C. § 157 and 1334.

(5) This is a core proceeding.

### II. Cause of Action

(1) The Plaintiff was an hourly employee of the defendant General Motors Corporation.

(2) The plaintiff may have been indebted to General Motors Corporation as a result of an overpayment while the plaintiff was receiving certain disability benefits.

(3) General Motors was listed as a potential creditor in the sum of $45,292.43 on schedule F of debtor's petition.

(4) General Motors Corporation, as plan sponsor for the GM hourly pension plan has apparently reduced the debtor's pension by the approximate amount of $785.07 per month until the General Motors Benefits and Service Center is repaid the amount that was allegedly due from the debtor/plaintiff.

(5) The withholding of any portion of the debtor's pension for the alleged debt due to General Motors Benefits and Service Center is a violation of this Courts automatic stay order and the permanent injunction granted when the discharge was entered in the above case.

**WHEREFORE** the plaintiff requests all proper relief including judgment against General Motors Benefits Corporation as plan sponsor by the GM hourly pension plan, directing that they refund the plaintiff funds withheld from his pension account as a result of any debt due General Motors Corporation, and for a judgment of attorney fees and costs for plaintiff having to bring this action.

This 29th day of November, 2007.

/s/ Mark H. Flener
Mark H. Flener
Attorney at Law
400 East Main Street
Suite 304
P. O. Box 8
Bowling Green, KY  42102-0008
(270) 783-8400