# UNITED STATES BANKRUPTCY COURT
# FOR THE
# WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **Phillip Bishop** | ) | Case No. 07-10710 |
|     **Debtor** | ) | |
| | ) | |
| **Phillip Bishop** | ) | Adv. No. 07-01042 |
|     **Plaintiff** | ) | |
| **v.** | ) | |
| **General Motors Corporation** | ) | |
|     **Defendant** | ) | |

## MOTION FOR DEFAULT JUDGMENT

Comes now the Plaintiff, Phillip Bishop, by counsel and hereby moves the Court to enter a Default Judgment against the defendant General Motors Corporation.

IN SUPPORT OF THIS MOTION the plaintiff, by counsel states as follows:

(1) The defendant General Motors Corporation was served by U.S. Mail postage prepaid by service upon CT Corporation System as service of process agent for the defendant General Motors Corporation on December 3. 2007.

(2) The plaintiff has received no response or other pleadings from the defendant General Motors Corporation and more than thirty (30) days have passed since service of the summons and complaint.

(3) The defendant General Motors Corporation is a Corporation and therefore not an infant nor incompetent, nor in the armed services.

(4) Attached hereto is an affidavit of Counsel as well as an affidavit from counsel's paralegal advising that the summons and complaint were properly served. Following service of the summons and complaint and after no responsive pleading was filed, counsel's paralegal contacted CT Corporation System to assure that they had been properly served and that CT Corporation System had forwarded the complaint and summons on to General Motors Corporation. CT Corporation responded that they had been properly served and that they had forwarded the complaint and summons to General Motor Corporation.

**WHEREFORE,** the plaintiff requests entry of the attached default judgment against General Motors Corporation.

This 12th day of March, 2008.

/s/ Mark H. Flener
Mark H. Flener
400 East Main Street, Suite 304
P. O. Box 8
Bowling Green, KY  42102-0008
(270) 783-8400

CERTIFICATION

This is to certify that a true and exact copy of the foregoing was this day placed in the U.S. mail postage prepaid and/or electronically mailed to the following:

General Motors Corporation
c/o CT Corporation Systems
Kentucky Home Life Bldg
Louisville, KY 40202

This 12th day of March, 2008

/s/ Mark H. Flener