## UNITED STATES BANKRUPTCY COURT
## FOR THE
## WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **Phillip Bishop** | ) | Case No. 07-10710 |
| | ) | |
| **Debtor** | ) | |
| | ) | |
| **Phillip Bishop** | ) | Adv. No. 07-01042 |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **General Motors Corporation** | ) | |
| | ) | |
| **Defendant** | ) | |

## AFFIDAVIT OF MARK H. FLENER

Comes now the affiant, Mark H. Flener, and after being duly sworn states as follows:

(1) Affiant states that affiant is the Attorney for the plaintiff.

(2) Affiant further states that service was made upon General Motors Corporation through its service of process agent CT Corporation Systems on December 3, 2007 by U.S. Mail postage prepaid and mailed to CT Corporation System, Kentucky Home Life Bldg, Louisville, KY 40202.

Further affiant saith naught.

This 12th day of March, 2008.

/s/ Mark H. Flener
MARK H. FLENER

STATE OF KENTUCKY

COUNTY OF WARREN

The foregoing was hereby sworn to and acknowledged before me, a notary public,

by Mark H. Flener on this the 12th day of March, 2008.

Deanna A. Lancaster  
NOTARY PUBLIC, Ky State at Large  
My Commission expires: 06-22-09