UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **Phillip Bishop** | ) | Case No. 07-10710 |
| | ) | |
| **Debtor** | ) | |
| | ) | |
| **Phillip Bishop** | ) | Adv. No. 07-01042 |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **General Motors Corporation** | ) | |
| | ) | |
| **Defendant** | ) | |

## AFFIDAVIT OF DEANNA LANCASTER

Comes now the affiant, Deanna Lancaster, and after being duly sworn states as follows:

(1) Affiant states that affiant is the paralegal to Hon. Mark H. Flener.

(2) Affiant further states that affiant contacted CT Corporation Systems on January 31, 2008 to assure service of process of the complaint and summons was received by CT Corporation Systems as service of process agent for General Motors Corporation.

(3) Affiant further states that affiant was advised that service of process was received by CT Corporation System as service of process agent on the 19th day of January, 2008 and was forwarded on to General Motors Corporation.

Further affiant saith naught.

This 12th day of March, 2008.

                                                      /s/ Deanna Lancaster
                                                      DEANNA LANCASTER

STATE OF KENTUCKY

COUNTY OF WARREN

    The foregoing was hereby sworn to and acknowledged before me, a notary public, by Deanna Lancaster on this the 12th day of March, 2008.


                               /s/ Belinda Moyers Renick
                               NOTARY PUBLIC,
                               My Commission expires: 12/08/09