# UNITED STATES BANKRUPTCY COURT
# FOR THE
# WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **Phillip Bishop** | ) | Case No. 07-10710 |
| | ) | |
| **Debtor** | ) | |
| | ) | |
| **Phillip Bishop** | ) | Adv. No. 07-01042 |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **General Motors Corporation** | ) | |
| | ) | |
| **Defendant** | ) | |

## DEFAULT JUDGMENT

This matter having come before the Court upon the Motion of the Plaintiff for a default judgment against the defendant General Motors Corporation, and it appearing from the record that General Motors Corporation was properly served and is before the Court, and it further appearing that General Motors Corporation has failed to defend this action,

**THEREFORE IT IS HEREBY ORDERED AS FOLLOWS:**

JUDGMENT is granted against General Motors Corporation for funds taken from the plaintiff's retirement/pension check since the date of filing the petition, that date being June 6, 2007 in the total amount of $7,065.63, representing the monthly payment of 785.07 from July 2007 through March 2008.

**IT IS FURTHER ORDERED** that General Motors Corporation is to cease and desist further deductions and/or setoffs of the plaintiff's pension/retirement as of March 12, 2008.

Failure to abide by the Court's judgment and order may result in further sanctions.

This 12th day of March, 2008.

Tendered By:

/s/ Mark H. Flener
Mark H. Flener
400 East Main Street, Suite 304
P. O. Box 8
Bowling Green, KY  42102-0008
(270) 783-8400